**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Jayona Johnson,<br><br>*Debtor*. | Case No. 26-13637-DJB<br>Chapter 13 |

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on September 17, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: September 17, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Planet Home Lending**
c/o MDK Legal
P.O. Box 165028
Columbus, OH 43216-5028

# Method of Service - First Class Mail

**Brigit**
Attn: Bankruptcy
36 W 20th St Floor 11
New York, NY 10011-4241

**Citibank/The Home Depot**
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790046
Saint Louis, MO 63179

**Credit One Bank**
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

**Credit Union of New Jersey**
Attn: Bankruptcy
PO Box 7921
Ewing, NJ 08628-3010

**Dr. Kellyn Hodges, DMD**
Attn: Bankruptcy
1 Belmont Ave Ste 414
Bala Cynwyd, PA 19004-1607

**Goldman Sachs Bank USA**
Attn: Bankruptcy
P.O. Box 70379
Philadelphia, PA 19176

**Grant Cash Advance**
Attn: Bankruptcy
633 Folsom St Suite 300
San Francisco, CA 94107-3600

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Kafene, Inc**
Attn: Bankruptcy
44 West 28th Street, 17th Floor
New York, NY 10001

**Klover**
Attn: Bankrupty
222 W Hubbard St Ste 210
Chicago, IL 60654-4938

**Mohela/dofed**
Po Box 300001
Greenville, TX 75403

**Navy Federal Credit Union**
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119-3000

**PECO Energy Company**
Attn: Bankruptcy
2301 Market St
Philadelphia, PA 19103-1338

**Pennsylvania Dept. of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**PGW**
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**Selfinc/Lead**
Self Financial, Inc., Attn: Bankruptcy PO Box 11
Southlake, TX 76092-9998

**St. Christopher's Children's Hospital**
Attn: Bankruptcy
160 E Erie Ave
Philadelphia, PA 19134-1011

**Tilt Cash Advance and Credit**
Attn: Bankruptcy
9169 W State St #499
Boise, ID 83714-1733

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617