**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 26-13637** |
| **Jayona Johnson** | : | **Chapter 13** |
| | : | **Judge Derek J. Baker** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Jayona Johnson** | : | **Date and Time of Hearing** |
| **Kenneth E. West** | : | ______________________________ |
| **Movant,** | : | |
| **vs** | : | **Related Document No. 10** |
| | : | |
| **Planet Home Lending, LLC** | : | |
| **Respondents.** | : | |

**OBJECTION OF PLANET HOME LENDING, LLC TO THE CONFIRMATION OF THE PLAN (DOCKET NUMBER 10)**

Planet Home Lending, LLC ("Creditor") by and through its undersigned counsel, objects to the confirmation of the currently proposed plan ("Plan") filed by Jayona Johnson ("Debtor") as follows:

1. Creditor holds a security interest secured by a mortgage lien on Debtor's property commonly known as 6426 N Smedley St, Philadelphia, PA 19126 ("Property").
2. Creditor intends to file a Proof of Claim that includes a pre-petition arrearage in the approximate amount of $23,419.35.
3. Debtor's Plan does not provide for the arrearage due on Creditor's claim.
4. At this time, Creditor has not offered a permanent loan modification agreement to Debtor.

5. Debtor's Plan represents an impermissible modification of Creditor's claim and a violation of 11 U.S.C. §§1322 and 1325.

WHEREFORE, Creditor respectfully requests that the Court deny the confirmation of the Debtor's currently proposed Plan.

Respectfully submitted,

/s/ Adam B Hall

Adam B. Hall, Esquire (323867)
Molly Simons (338992)
MDK Legal
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 26-13637** |
| **Jayona Johnson** | : | **Chapter 13** |
| | : | **Judge Derek J. Baker** |
| **Debtor(s)** | : | *********************** |
| | : | |
| **Jayona Johnson<br>Kenneth E. West** | : | **Date and Time of Hearing** |
| | : | ______________________________ |
| **Movant,** | : | |
| **vs** | : | **Related Document No. 10** |
| | : | |
| **Planet Home Lending, LLC** | : | |
| **Respondents.** | : | |

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the date of filing, a copy of the foregoing Objection of Planet Home Lending, LLC to the Confirmation of the Original Plan was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Michael A. Cibik, Attorney for Jayona Johnson, help@cibiklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Jayona Johnson, 6426 N. Smedley Street, Philadelphia, PA 19126-3534

/s/ Adam B Hall

26-022521_ABH