**CO-MHAR INC**
100 W Lehigh Ave
Philadelphia, PA 19133

paylocity

Direct Deposit Advice

| Check Date | Voucher Number |
|---|---|
| August 28, 2026 | 97736 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & | C | ***0701 | 1,653.04 |
| **Total Direct Deposits** | | | **1,653.04** |

92095 428 [redacted] 97736 97717 **92095**

Non Negotiable - This is not a check - Non Negotiable

**Jayona Johnson**
6426 N. Smedley Street
Philadelphia, PA 19126

## Non Negotiable - This is not a check - Non Negotiable

## CO-MHAR INC

**Jayona Johnson** — **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | [redacted] | Fed Taxable Income | **1,916.95** | Check Date | **August 28, 2026** | Voucher Number | **97736** |
| Location | **428** | Fed Filing Status | **S** | Period Beginning | **August 8, 2026** | Net Pay | **1,653.04** |
| Salary | **$2,480.00** | State Filing Status | **S-0** | Period Ending | **August 21, 2026** | Total Hours Worked | **41.75** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| ER Cost of | | 0.00 | 4.39 | 35.12 |
| GROUP TE | | 0.00 | 0.62 | 5.58 |
| Holiday | | | | 744.00 |
| On Call | | | | 800.00 |
| Overtime | | | | 1,290.39 |
| Regular | 31.00 | 41.75 | 1,294.25 | 23,420.50 |
| Sick | 31.00 | 8.00 | 248.00 | 744.00 |
| Stipend | | 0.00 | 200.00 | 200.00 |
| Vacation | 31.00 | 13.00 | 403.00 | 403.00 |
| **Gross Earnings** | | **62.75** | **2,145.87** | **27,607.47** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 146.11 | 1,032.18 |
| MED | 27.80 | 373.74 |
| PA | 58.83 | 791.14 |
| PA-PHI1 | 80.13 | 1,031.66 |
| PASUI-E | 1.50 | 19.34 |
| SS | 118.85 | 1,598.11 |
| **Taxes** | **433.22** | **4,846.17** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins Pre-Tax | 18.30 | 146.40 |
| Group Term Life Calculated | 0.62 | 5.58 |
| HRTF Crit Ill post tax 20K EE | 0.32 | 2.56 |
| HRTF HspInd-Post Tax | 5.69 | 45.52 |
| HRTF STD -Post-Tax | 16.93 | 135.44 |
| Medical Ins Pre-Tax | 204.10 | 1,632.80 |
| Roth 403B Post-Tax | 32.18 | 402.03 |
| Travel Expense | -228.45 | -631.39 |
| Vision Pre-Tax | 6.52 | 52.16 |
| VOC Post-Tax | 0.10 | 0.80 |
| VOE Post-Tax | 3.30 | 26.40 |
| **Deductions** | **59.61** | **1,818.30** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & FIRE FED CU | C | ***0701 | 1,653.04 |
| **Total Direct Deposits** | | | **1,653.04** |

| Benefits | Amount | YTD |
|---|---|---|
| 403b Match | 32.18 | 402.03 |
| CC Dental | 10.44 | 83.52 |
| CC Medical | 707.87 | 5,662.96 |

**CO-MHAR INC**
100 W Lehigh Ave
Philadelphia, PA 19133

Direct Deposit Advice

| **Check Date** | **Voucher Number** |
|---|---|
| August 14, 2026 | 97220 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & | C | ***0701 | 1,795.76 |
| **Total Direct Deposits** | | | **1,795.76** |

92095 428 [redacted] 97220 97239 **92095**

**Jayona Johnson**
6426 N. Smedley Street
Philadelphia, PA 19126

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

## CO-MHAR INC

**Jayona Johnson** — **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | [redacted] | Fed Taxable Income | **2,428.45** | Check Date | **August 14, 2026** | Voucher Number | **97220** |
| Location | **428** | Fed Filing Status | **S** | Period Beginning | **July 25, 2026** | Net Pay | **1,795.76** |
| Salary | **$2,480.00** | State Filing Status | **S-0** | Period Ending | **August 7, 2026** | Total Hours Worked | **69.50** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| ER Cost of | | 0.00 | 4.39 | 30.73 |
| GROUP TE | | 0.00 | 0.62 | 4.96 |
| Holiday | | | | 744.00 |
| On Call | | 0.00 | 200.00 | 800.00 |
| Overtime | 46.50 | 3.50 | 162.75 | 1,290.39 |
| Regular | 31.00 | 66.00 | 2,046.00 | 22,126.25 |
| Sick | 31.00 | 8.00 | 248.00 | 496.00 |
| **Gross Earnings** | | **77.50** | **2,657.37** | **25,461.60** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 207.49 | 886.07 |
| MED | 35.21 | 345.94 |
| PA | 74.53 | 732.31 |
| PA-PHI1 | 99.23 | 951.53 |
| PASUI-E | 1.86 | 17.84 |
| SS | 150.56 | 1,479.26 |
| **Taxes** | **568.88** | **4,412.95** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins Pre-Tax | 18.30 | 128.10 |
| Group Term Life Calculated | 0.62 | 4.96 |
| HRTF Crit Ill post tax 20K EE | 0.32 | 2.24 |
| HRTF HspInd-Post Tax | 5.69 | 39.83 |
| HRTF STD -Post-Tax | 16.93 | 118.51 |
| Medical Ins Pre-Tax | 204.10 | 1,428.70 |
| Roth 403B Post-Tax | 36.85 | 369.85 |
| Travel Expense | | -402.94 |
| Vision Pre-Tax | 6.52 | 45.64 |
| VOC Post-Tax | 0.10 | 0.70 |
| VOE Post-Tax | 3.30 | 23.10 |
| **Deductions** | **292.73** | **1,758.69** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & FIRE FED CU | C | ***0701 | 1,795.76 |
| **Total Direct Deposits** | | | **1,795.76** |

| Benefits | Amount | YTD |
|---|---|---|
| 403b Match | 36.85 | 369.85 |
| CC Dental | 10.44 | 73.08 |
| CC Medical | 707.87 | 4,955.09 |

**CO-MHAR INC**
100 W Lehigh Ave
Philadelphia, PA 19133

paylocity

Direct Deposit Advice

| Check Date | Voucher Number |
|---|---|
| July 31, 2026 | 96655 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & | C | ***0701 | 2,015.51 |
| **Total Direct Deposits** | | | **2,015.51** |

92095 428 [redacted] 96655 96710 **92095**

Non Negotiable - This is not a check - Non Negotiable

**Jayona Johnson**
6426 N. Smedley Street
Philadelphia, PA 19126

**Non Negotiable - This is not a check - Non Negotiable**

## CO-MHAR INC

**Jayona Johnson** — **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | [redacted] | Fed Taxable Income | **2,700.00** | Check Date | **July 31, 2026** | Voucher Number | **96655** |
| Location | **428** | Fed Filing Status | **S** | Period Beginning | **July 11, 2026** | Net Pay | **2,015.51** |
| Salary | **$2,480.00** | State Filing Status | **S-0** | Period Ending | **July 24, 2026** | Total Hours Worked | **72.50** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| ER Cost of | | | | 26.34 |
| GROUP TE | | 0.00 | 0.62 | 4.34 |
| Holiday | | | | 744.00 |
| On Call | | 0.00 | 200.00 | 600.00 |
| Overtime | 46.50 | 0.25 | 11.63 | 1,127.64 |
| Regular | 31.00 | 72.25 | 2,239.75 | 20,080.25 |
| Sick | 31.00 | 8.00 | 248.00 | 248.00 |
| **Gross Earnings** | | **80.50** | **2,700.00** | **22,804.23** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 254.25 | 678.58 |
| MED | 39.15 | 310.73 |
| PA | 82.87 | 657.78 |
| PA-PHI1 | 100.82 | 852.30 |
| PASUI-E | 1.89 | 15.98 |
| SS | 167.40 | 1,328.70 |
| **Taxes** | **646.38** | **3,844.07** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins Pre-Tax | | 109.80 |
| Group Term Life Calculated | 0.62 | 4.34 |
| HRTF Crit Ill post tax 20K EE | | 1.92 |
| HRTF HspInd-Post Tax | | 34.14 |
| HRTF STD -Post-Tax | | 101.58 |
| Medical Ins Pre-Tax | | 1,224.60 |
| Roth 403B Post-Tax | 37.49 | 333.00 |
| Travel Expense | | -402.94 |
| Vision Pre-Tax | | 39.12 |
| VOC Post-Tax | | 0.60 |
| VOE Post-Tax | | 19.80 |
| **Deductions** | **38.11** | **1,465.96** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & FIRE FED CU | C | ***0701 | 2,015.51 |
| **Total Direct Deposits** | | | **2,015.51** |

| Benefits | Amount | YTD |
|---|---|---|
| 403b Match | 37.49 | 333.00 |
| CC Dental | | 62.64 |
| CC Medical | | 4,247.22 |

**CO-MHAR INC**
100 W Lehigh Ave
Philadelphia, PA 19133

paylocity

Direct Deposit Advice

| Check Date | Voucher Number |
|---|---|
| July 17, 2026 | 96127 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & | C | ***0701 | 1,944.47 |
| **Total Direct Deposits** | | | **1,944.47** |

92095 428 [redacted] 96127 96214 **92095**

Non Negotiable - This is not a check - Non Negotiable

**Jayona Johnson**
6426 N. Smedley Street
Philadelphia, PA 19126

**Non Negotiable - This is not a check - Non Negotiable**

## CO-MHAR INC

**Jayona Johnson** **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | [redacted] | Fed Taxable Income | **2,437.70** | Check Date | **July 17, 2026** | Voucher Number | **96127** |
| Location | **428** | Fed Filing Status | **H** | Period Beginning | **June 27, 2026** | Net Pay | **1,944.47** |
| Salary | **$2,480.00** | State Filing Status | **S-0** | Period Ending | **July 10, 2026** | Total Hours Worked | **76.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| ER Cost of | | 0.00 | 4.39 | 26.34 |
| GROUP TE | | 0.00 | 0.62 | 3.72 |
| Holiday | 31.00 | 8.00 | 248.00 | 744.00 |
| On Call | | | | 400.00 |
| Overtime | 46.50 | 4.00 | 186.00 | 1,116.01 |
| Regular | 31.00 | 72.00 | 2,232.00 | 17,840.50 |
| **Gross Earnings** | | **84.00** | **2,666.62** | **20,104.23** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 63.52 | 424.33 |
| MED | 35.35 | 271.58 |
| PA | 74.82 | 574.91 |
| PA-PHI1 | 99.58 | 751.48 |
| PASUI-E | 1.87 | 14.09 |
| SS | 151.14 | 1,161.30 |
| **Taxes** | **426.28** | **3,197.69** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins Pre-Tax | 18.30 | 109.80 |
| Group Term Life Calculated | 0.62 | 3.72 |
| HRTF Crit Ill post tax 20K EE | 0.32 | 1.92 |
| HRTF HspInd-Post Tax | 5.69 | 34.14 |
| HRTF STD -Post-Tax | 16.93 | 101.58 |
| Medical Ins Pre-Tax | 204.10 | 1,224.60 |
| Roth 403B Post-Tax | 39.99 | 295.51 |
| Travel Expense | | -402.94 |
| Vision Pre-Tax | 6.52 | 39.12 |
| VOC Post-Tax | 0.10 | 0.60 |
| VOE Post-Tax | 3.30 | 19.80 |
| **Deductions** | **295.87** | **1,427.85** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & FIRE FED CU | C | ***0701 | 1,944.47 |
| **Total Direct Deposits** | | | **1,944.47** |

| Benefits | Amount | YTD |
|---|---|---|
| 403b Match | 39.99 | 295.51 |
| CC Dental | 10.44 | 62.64 |
| CC Medical | 707.87 | 4,247.22 |

**CO-MHAR INC**
100 W Lehigh Ave
Philadelphia, PA 19133

Direct Deposit Advice

| Check Date | Voucher Number |
|---|---|
| July 2, 2026 | 95598 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & | C | ***0701 | 1,981.24 |
| **Total Direct Deposits** | | | **1,981.24** |

92095 428 [redacted] 95598 95723 **92095**

Non Negotiable - This is not a check - Non Negotiable

**Jayona Johnson**
6426 N. Smedley Street
Philadelphia, PA 19126

**Non Negotiable - This is not a check - Non Negotiable**

**CO-MHAR INC**

**Jayona Johnson** **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | [redacted] | Fed Taxable Income | **2,321.45** | Check Date | **July 2, 2026** | Voucher Number | **95598** |
| Location | **428** | Fed Filing Status | **H** | Period Beginning | **June 13, 2026** | Net Pay | **1,981.24** |
| Salary | **$2,480.00** | State Filing Status | **S-0** | Period Ending | **June 26, 2026** | Total Hours Worked | **73.50** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| ER Cost of | | 0.00 | 4.39 | 21.95 |
| GROUP TE | | 0.00 | 0.62 | 3.10 |
| Holiday | 31.00 | 8.00 | 248.00 | 496.00 |
| On Call | | | | 400.00 |
| Overtime | 46.50 | 1.50 | 69.75 | 930.01 |
| Regular | 31.00 | 72.00 | 2,232.00 | 15,608.50 |
| **Gross Earnings** | | **81.50** | **2,550.37** | **17,437.61** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 49.57 | 360.81 |
| MED | 33.66 | 236.23 |
| PA | 71.25 | 500.09 |
| PA-PHI1 | 95.23 | 651.90 |
| PASUI-E | 1.78 | 12.22 |
| SS | 143.93 | 1,010.16 |
| **Taxes** | **395.42** | **2,771.41** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins Pre-Tax | 18.30 | 91.50 |
| Group Term Life Calculated | 0.62 | 3.10 |
| HRTF Crit Ill post tax 20K EE | 0.32 | 1.60 |
| HRTF HspInd-Post Tax | 5.69 | 28.45 |
| HRTF STD -Post-Tax | 16.93 | 84.65 |
| Medical Ins Pre-Tax | 204.10 | 1,020.50 |
| Roth 403B Post-Tax | 38.25 | 255.52 |
| Travel Expense | -120.42 | -402.94 |
| Vision Pre-Tax | 6.52 | 32.60 |
| VOC Post-Tax | 0.10 | 0.50 |
| VOE Post-Tax | 3.30 | 16.50 |
| **Deductions** | **173.71** | **1,131.98** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & FIRE FED CU | C | ***0701 | 1,981.24 |
| **Total Direct Deposits** | | | **1,981.24** |

| Benefits | Amount | YTD |
|---|---|---|
| 403b Match | 38.25 | 255.52 |
| CC Dental | 10.44 | 52.20 |
| CC Medical | 707.87 | 3,539.35 |