# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jayona Johnson,<br><br>*Debtor*. | Case No. 26-13637-DJB<br>Chapter 13 |

## Debtor's Motion to Approve Partial Claim Mortgage

**AND NOW**, Debtor Jayona Johnson, by and through her attorney, hereby moves this Court to approve a partial claim mortgage with Planet Home Lending, LLC (the "Creditor") in the form of the order attached, as follows:

1. The Debtor filed a bankruptcy petition on August 31, 2026. She has filed a plan and all schedules, statements, and other documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007(b).
2. The Debtor's plan has not yet been confirmed.
3. The Creditor has not yet filed a proof of claim.
4. The Debtor has entered into an agreement with the Creditor for a partial claim mortgage in the amount of $22,462.38 to cure her pre-petition arrears.
5. The partial claim mortgage is attached as Exhibit A.
6. Approval of the partial claim mortgage is in the best interests of the Debtor, the Creditor, and the bankruptcy estate.

For those reasons, the Court must grant relief in the form of the order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: October 7, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com