**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Jayona Johnson,<br><br>*Debtor*. | Case No. 26-13637-DJB<br>Chapter 13 |

## Order Granting Motion to Approve Partial Claim Mortgage

And now, after consideration of the Motion to Approve Partial Claim Mortgage filed by Debtor Jayona Johnson, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.
2. The partial claim mortgage is **APPROVED**.

Date:

________________________________
Honorable Derek J. Baker
U.S. Bankruptcy Judge