IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

26-13637

DEBTOR(S):

JAYONA JOHNSON

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 6 IN THE AMOUNT OF $771.71

CREDITOR'S SIGNATURE:

/S/ Jasmine Jolly

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

10/16/2026