**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Jayona Johnson,<br><br>*Debtor*. | Case No. 26-13637-DJB<br>Chapter 13 |

**CERTIFICATION OF NO ANSWER, OBJECTION, OR OTHER RESPONSIVE PLEADING**

Michael A. Cibik, Esquire, counsel for the Debtor, hereby certifies the following:

1. A true and correct copy of the Motion to Approve Partial Claim Mortgage was served to all interested parties via Electronic Means or via First Class Mail.

2. That as of the date hereof, no answer, objection, or request for a Hearing has been filed with the Clerk's Office or served on the undersigned.

WHEREFORE, the undersigned respectfully requests an Order be entered.

Date: October 22, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com