**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 26-13637** |
| **Jayona Johnson** | : | **Chapter 13** |
| | : | **Judge Derek J. Baker** |
| **Debtor(s)** | : | *** * * * * * * * * * * * * * * * * *** |
| | : | |
| **Planet Home Lending, LLC** | : | **Related Document # 14** |
| **Movant,** | : | |
| **vs** | : | |
| | : | |
| **Jayona Johnson** | : | |
| **Kenneth E. West, Trustee** | : | |
| **Respondents.** | : | |

**PRAECIPE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN (DOCKET NO. 14)**

Now comes Planet Home Lending, LLC ("Creditor") by and through counsel, and hereby withdraws its Objection to Confirmation of Plan which was filed in this Court on September 17, 2026. The Objection to Confirmation of Plan needs to be withdrawn because a Motion to Approve Loan Modification has been filed resolving the objection.

Respectfully submitted,

/s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
Molly Simons (338992)
MDK Legal
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 26-13637** |
| **Jayona Johnson** | : | **Chapter 13** |
| | : | **Judge Derek J. Baker** |
| **Debtor(s)** | : | *** * * * * * * * * * * * * * * * * * *** |
| | : | |
| **Planet Home Lending, LLC** | : | **Related Document # 14** |
| **Movant,** | : | |
| **vs** | : | |
| | : | |
| **Jayona Johnson** | : | |
| **Kenneth E. West, Trustee** | : | |
| **Respondents.** | : | |
| | : | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Praecipe of Withdrawal of Objection to Confirmation of Plan (Docket No. 14) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Michael A. Cibik, Attorney for Jayona Johnson, help@cibiklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Jayona Johnson, 6426 N. Smedley Street, Philadelphia, PA 19126-3534

/s/ Adam B. Hall

______________________________

26-022521_KJB